IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

| | | |
|---|---|---|
| LIDIA GARICA,<br>*Plaintiff*,<br><br>v.<br><br>CREDIT SYSTEMS INTERNATIONAL, INC.,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 7:25-cv-00259 |

**DEFNDANT'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant Credit Systems International, Inc. ("Defendant") by counsel, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure as follows:

(1) The undersigned counsel of record for Defendant certifies that the following is full and complete list of all parties, including proposed intervenors, in this action, including any parent corporate and any publicly held corporate that owns 10% or more of the stock of a party or proposed intervenor:

- Plaintiff Lidia Garcia
- Defendant Credit Systems International, Inc.

(2) The undersigned further certifies that there are no other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation or which have other interest which could be substantially affected by the outcome of this particular case.

(3) The undersigned further certifies that the following is a full and complete list of persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Plaintiff:** Samantha J. Sparks
Sparks Law Firm
2025 Zumbehl Road, Suite 102
St. Charles, Missouri 63303
636-373-9375
sam@sparks-legal.com

**Defendant**: Eugene Xerxes Martin, IV
Martin Golden Lyons Watts Morgan PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, TX 75231
404-885-3124
xmartin@mgl.law

Respectfully submitted, this 27th day of June 2025.

**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
*Attorney-in-charge*
Texas State Bar No. 24078928
SDTX Bar No. 134982737
Email: xmartin@mgl.law
**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT CREDIT SYSTEMS INTERNATIONAL, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June 2025, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system.

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV